**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: FAGERSTROM, CONNIE J | § Case No. 12-81182 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $71,350.00  *(without deducting any secured claims)* | Assets Exempt: $31,500.00 |
| Total Distribution to Claimants: $5,275.52 | Claims Discharged Without Payment: $32,185.79 |
| Total Expenses of Administration: $1,458.11 | |

3) Total gross receipts of $ 6,733.63 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,733.63 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $99,725.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,028.11 | 1,458.11 | 1,458.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 36,967.00 | 36,650.31 | 36,650.31 | 5,275.52 |
| **TOTAL DISBURSEMENTS** | $136,692.00 | $38,678.42 | $38,108.42 | $6,733.63 |

    4) This case was originally filed under Chapter 7 on March 28, 2012. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/20/2013          By: /s/BERNARD J. NATALE
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance - Dorothy Burke Estate | 1229-000 | 6,733.63 |
| **TOTAL GROSS RECEIPTS** | | **$6,733.63** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Colonial Savings | 4110-000 | 49,816.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank | 4110-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Bank | 4110-000 | 48,709.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$99,725.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 9.75 | 9.75 | 9.75 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 570.00 | 0.00 | 0.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,423.36 | 1,423.36 | 1,423.36 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,028.11 | $1,458.11 | $1,458.11 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 2,091.00 | 2,091.08 | 2,091.08 | 300.99 |
| 2 | Citibank, N.A. | 7100-000 | 14,120.00 | 14,120.04 | 14,120.04 | 2,032.47 |
| 3 | FIA Card Services | 7100-000 | 14,539.00 | 14,539.71 | 14,539.71 | 2,092.88 |
| 4 | Capital One, N.A. | 7100-000 | N/A | 413.57 | 413.57 | 59.53 |
| 5 | PYOD, LLC as assignee of Citibank | 7100-000 | 5,406.00 | 5,485.91 | 5,485.91 | 789.65 |
| NOTFILED | Creditors' Protection Service | 7100-000 | 342.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's | 7100-000 | 469.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $36,967.00 | $36,650.31 | $36,650.31 | $5,275.52 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-81182  
**Case Name:** FAGERSTROM, CONNIE J

**Period Ending:** 02/20/13

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/28/12 (f)  
**§341(a) Meeting Date:** 05/10/12  
**Claims Bar Date:** 09/10/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real estate 1/2 interest 11908 Waidi | 52,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Harris Bank - checking | 50.00 | 50.00 | DA | 0.00 | FA |
| 3 | Chase Bank - checking | 200.00 | 200.00 | DA | 0.00 | FA |
| 4 | Misc. household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing and personal items | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wedding rings | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Interest in Rockford Health System 403B plan | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Anticipated income tax refund | 1,600.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2005 Toyota Camry | 4,500.00 | 100.00 | DA | 0.00 | FA |
| 10 | Inheritance - Dorothy Burke Estate  (u) | 0.00 | 0.00 | | 6,733.63 | FA |
| 10 | **Assets Totals** (Excluding unknown values) | **$71,350.00** | **$350.00** | | **$6,733.63** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     **Current Projected Date Of Final Report (TFR):**   October 2, 2012  (Actual)

Printed: 02/20/2013 11:08 AM     V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-81182 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | FAGERSTROM, CONNIE J | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******57-66 - Checking Account |
| Taxpayer ID #: | **-***2550 | | Blanket Bond: | $606,000.00  (per case limit) |
| Period Ending: | 02/20/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/12/12 | {10} | NLT Title LLC | Pymt of Inheritance from Dorothey Burke Estate | 1229-000 | 6,733.63 | | 6,733.63 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,708.63 |
| 11/07/12 | 101 | BERNARD J. NATALE, LTD. | Dividend paid 100.00% on $9.75, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 9.75 | 6,698.88 |
| 11/07/12 | 102 | BERNARD J. NATALE | Dividend paid 100.00% on $1,423.36, Trustee Compensation;  Reference: | 2100-000 | | 1,423.36 | 5,275.52 |
| 11/07/12 | 103 | Discover Bank | Distribution paid  14.39% on $2,091.08; Claim# 1; Filed: $2,091.08; Reference: 8801 | 7100-000 | | 300.99 | 4,974.53 |
| 11/07/12 | 104 | Citibank, N.A. | Distribution paid  14.39% on $14,120.04; Claim# 2; Filed: $14,120.04; Reference: 4491 | 7100-000 | | 2,032.47 | 2,942.06 |
| 11/07/12 | 105 | FIA Card Services | Distribution paid  14.39% on $14,539.71; Claim# 3; Filed: $14,539.71; Reference: 1935/3277 | 7100-000 | | 2,092.88 | 849.18 |
| 11/07/12 | 106 | Capital One, N.A. | Distribution paid  14.39% on $413.57; Claim# 4; Filed: $413.57; Reference: 8273 | 7100-000 | | 59.53 | 789.65 |
| 11/07/12 | 107 | PYOD, LLC as assignee of Citibank | Distribution paid  14.39% on $5,485.91; Claim# 5; Filed: $5,485.91; Reference: 4671 | 7100-000 | | 789.65 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 6,733.63 | 6,733.63 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 6,733.63 | 6,733.63 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $6,733.63 | $6,733.63 | |

Net Receipts :       6,733.63
Net Estate :         $6,733.63

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******57-66 | 6,733.63 | 6,733.63 | 0.00 |
| | $6,733.63 | $6,733.63 | $0.00 |

{} Asset reference(s)

Printed: 02/20/2013 11:08 AM     V.13.11